# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| WARREN EASTERLING, | : | |
| Plaintiff, | : | Case No. 3:19cv0040 |
| vs. | : | Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| JUDGE WALTER H. RICE, *et al*., | : | |
| Defendants. | : | |

## RECUSAL ORDER

This matter is before the Court *sua sponte*.. The undersigned hereby RECUSES herself from any participation in this case and directs the Clerk to reassign the case at random to one of the other Magistrate Judges at Dayton.

February 13, 2019

                                            s/Sharon L. Ovington
                                               Sharon L. Ovington
                                      United States Magistrate Judge